No. 10. KONA-KAU TELEPHONE AND TELEGRAPH COMPANY v. H. H. MILLS. Appeal from judgment for plaintiff of district magistrate of South Kona, island of Hawaii. Submitted December 5, 1904. Decided December 27, 1904. The plaintiff brought an action to recover possession of a telephone instrument and battery alleged to be unlawfully detained by the defendant, averring that the plaintiff had "demanded of the defendant the return to plaintiff of the said property; that the defendant refused and still refuses to deliver to the plaintiff the said property and still unlawfully detains the same," and praying judgment for the return of the instrument or $30 in lieu thereof and for $100 damages for the detention thereof. The magistrate gave judgment for the plaintiff with $5 damages. The defense is that the demand for the instrument shown by the evidence as made two years before the action was a "stale demand." Per curiam: The appeal is dismissed. *G. F. Maydwell* for plaintiff. Defendant in person.

———

No. 34. M. F. SCOTT, PLAINTIFF, v. H. T. MILLS, DEFENDANT, AND J. H. FISHER, AUDITOR OF THE TERRITORY, GARNISHEE. Appeal from district court, South Kona, island of Hawaii, on point of law. Submitted December 5, 1904. Decided December 27, 1904. Assumpsit for the price of lumber sold and delivered. The only question raised, whatever others might have been raised, is whether the magistrate erred in allowing attorney's commissions after rendering judgment for the defendant upon what the latter called a plea in abatement, but which was a demurrer to the complaint based on the ground that the lumber was not sufficiently described. Leave to amend was requested by plaintiff but denied. No question is raised as to the correctness of the ruling on the demurrer. The plaintiff appellant relies on *Ahoy v. Scott,* 12 Haw. 348. *Per curiam: Ahoy v. Scott* is not in point. Judgment affirmed. Plaintiff in person. Defendant in person.